```
 1  NOEL C. JOHNSON, ESQ. (SBN 175397)
    Office of the General Counsel
 2  WASHINGTON MUTUAL BANK
    201 Mission Street, 12th Floor
 3  Mail Stop CSSF112
    San Francisco, CA 94105
 4  Tel:   (415) 278-4527
    Fax:   (415) 278-6012
 5
    Michael Cavendish*  (Florida SBN 0143774)
 6  GUNSTER, YOAKLEY & STEWART, P.A.
    225 Water Street, Suite 1750
 7  Jacksonville, FL 32202
    Tel:   (904) 350-7171
 8  Fax:   (904) 350-5955
    * application for admission pro hac vice pending
 9
    Attorneys for Plaintiff,
10  WASHINGTON MUTUAL BANK

11

12                   UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

14  WASHINGTON MUTUAL BANK, a federal     │  Case No. CV08-1407
    savings bank, as successor at law to   │
15  Long Beach Mortgage Company, a         │
    federal savings bank,                  │  PLAINTIFF'S CERTIFICATION OF
16                                         │  INTERESTED ENTITIES OR PERSONS
                    Plaintiff,             │
17                                         │
         v.                                │
18                                         │
    FIDELITY CAPITAL FUNDING, INC., a      │
19  California corporation,                │
                                           │  Judge: Honorable Edward M. Chen
20                  Defendant.             │  Dept:
```

1 | Plaintiff Washington Mutual Bank hereby submits its Certification of Interested Entities or Persons, stating as follows:

Pursuant to Civil Local Rule 3-16(b)(3), the undersigned certifies that the following listed entity has a financial interest in the subject matter in controversy and Washington Mutual Bank which is a party to this proceeding:

- Washington Mutual, Inc. is the parent corporation of Washington Mutual Bank.

Dated:     March 28, 2008

Respectfully submitted,

WASHINGTON MUTUAL BANK
Office of the General Counsel

By: _____
NOEL C. JOHNSON, ESQ.

Attorneys for Plaintiff,
WASHINGTON MUTUAL BANK