NOEL C. JOHNSON, ESQ. (SBN 175397)
Office of the General Counsel
WASHINGTON MUTUAL BANK
201 Mission Street, 12th Floor
Mail Stop CSSF112
San Francisco, CA 94105
Tel:   (415) 278-4527
Fax:   (415) 278-6012

Michael Cavendish*  (Florida SBN 0143774)
GUNSTER, YOAKLEY & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202
Tel:   (904) 350-7171
Fax:   (904) 350-5955
* application for admission pro hac vice pending

Attorneys for Plaintiff,
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company, a federal savings bank,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY CAPITAL FUNDING, INC., a California corporation,<br><br>Defendant. | Case No. CV08-1407<br><br>**PROOF OF SERVICE**<br><br><br><br>Judge: Honorable Edward M. Chen<br>Dept: |

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 201 Mission Street, 12th Floor, Mail Stop CSSF112, San Francisco, California 94105.

On March 28, 2008, I served the foregoing document described as PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS on the interested parties in this action as indicated below and addressed as follows:

**SEE ATTACHED SERVICE LIST**

☑ (By Mail – Federal) I placed such envelope with postage thereon fully prepaid in the United States mail at San Francisco, California.

☐ (By Mail – State) I am readily familiar with the Office of the General Counsel's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing on the above date according to the Office of the General Counsel's ordinary business practices.

☐ (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

☐ (By Overnight Mail) I caused such envelope to be delivered by overnight mail to the intended recipient as stated above in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing on the above date according to the Office of the General Counsel's ordinary business practices for shipping overnight mail.

☐ (By Facsimile) I caused the foregoing document to be served by facsimile to the interested parties listed above at their respective facsimile numbers.

☑ (By CM/ECF Electronic Mail) I electronically filed the aforementioned document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 28th day of March 2008.

_____
GAMAE M. THORNTON

## SERVICE LIST

Joshua Rosenthal
MEDLIN & HARGRAVE
One Kaiser Plaza, Suite 1305
Oakland, CA 94612
Tel:    (510) 832-2900
Fax:   (510) 832-2945
*Attorneys for Defendant,*
*FIDELITY CAPITAL FUNDING, INC.*

::ODMA\PCDOCS\DOCSCAL\211611\1                                            PROOF OF SERVICE