| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here
MICHAEL CAVENDISH
225 WATER STREET
SUITE 1750
JACKSONVILLE, FLORIDA 32202
(904) 350-7171

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

WASHINGTON MUTUAL BANK,

          Plaintiff(s),

    v.

FIDELITY CAPITAL FUNDING, INC.,

          Defendant(s).

CASE NO. CV-08-1407-EMC

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

FILED MAR 31 2008 RICHARD W. [WIEKING] CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Pursuant to Civil L.R. 11-3, Michael Cavendish , an active member in good standing of the bar of the State of Florida , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Washington Mutual Bank in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Noel C. Johnson, Esq., 201 Mission Street, 12th Floor, MS CSSF112, San Francisco, CA 94105, (415) 278-4527

I declare under penalty of perjury that the foregoing is true and correct.

Dated: MARCH 26, 2008