RECEIVED
APR 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

WASHINGTON MUTUAL BANK,

             Plaintiff(s),

v.

FIDELITY CAPITAL FUNDING, INC.,

             Defendant(s).

CASE NO. CV-08-1407-EMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael Cavendish ☐ , an active member in good standing of the bar of the State of Florida ☐ whose business address and telephone number (particular court to which applicant is admitted) is

One Enterprise Center
225 Water Street, Suite 1750
Jacksonville, Florida 32202-5185, Tel (904) 350-7171

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~gag~~ April 4, 2008

                                                    Edward M. Chen
                                                    United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California