1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ROGER S. RAPHAEL, SBN 111946
2  WILLIAM P. BURANICH, SBN 144650
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: (415) 362-2580
4  Facsimile:  (415) 434-0882

5  Attorneys for Defendant
   FIDELITY CAPITAL FUNDING, INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company, | CASE NO. CV 08 1407 EMC |
| Plaintiff, | **STIPULATION** |
| v. | Action Filed: March 12, 2008 |
| FIDELITY CAPITAL FUNDING, INC., a California corporation | |
| Defendant. | |

1 | Plaintiff WASHINGTON MUTUAL BANK, as successor at law to Long Beach Mortgage
2 | Company, and Defendant FIDELITY CAPITAL FUNDING, INC., hereby stipulate that defendant
3 | Fidelity Capital Funding, Inc. shall have up to, and including, April 28, 2008 to file its response to the
4 | Complaint in this action.
5 | It is so agreed:
6 | DATED: April 23, 2008          WASHINGTON MUTUAL BANK

By _____
NOEL C. JOHNSON
Office of the General Counsel
WASHINGTON MUTUAL BANK

13 | DATED: April 21, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
WILLIAM P. BURANICH
Attorneys for Defendant
FIDELITY CAPITAL FUNDING, INC.

*Left margin:* LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580