.LEWIS BRISBOIS BISGAARD & SMITH LLP
ROGER S. RAPHAEL, SBN 111946
WILLIAM P. BURANICH, SBN 144650
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
FIDELITY CAPITAL FUNDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company, <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY CAPITAL FUNDING, INC., a California corporation <br><br> Defendant. | CASE NO. CV 08 1407 EMC <br><br> **STIPULATION** ; ORDER <br><br> Action Filed:  March 12, 2008 |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4851-3846-5282.1

-1-

STIPULATION
CASE NO. CV 08 1407 EMC

1    Plaintiff WASHINGTON MUTUAL BANK, as successor at law to Long Beach Mortgage

2  Company, and Defendant FIDELITY CAPITAL FUNDING, INC., hereby stipulate that defendant

3  Fidelity Capital Funding, Inc. shall have up to, and including, April 28, 2008 to file its response to the

4  Complaint in this action.

5  It is so agreed:

6  DATED: April 23, 2008                    WASHINGTON MUTUAL BANK

7

8

9                              By _____

10                              NOEL C. JOHNSON
                               Office of the General Counsel
11                              WASHINGTON MUTUAL BANK

12

13  DATED: April 21, 2008                    LEWIS BRISBOIS BISGAARD & SMITH LLP

14

15

16                              By _____

17                              WILLIAM P. BURANICH
                               Attorneys for Defendant
                               FIDELITY CAPITAL FUNDING, INC.

18

19

20  IT IS SO ORDERED

21

22  _____

23  Edward M. Chen

24  U.S. Magistrate
    Judge

25

26

27

28

4851-3846-5282.1                         -2-

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580