ROGER S. RAPHAEL, SB# 111946
   E-Mail: raphael@lbbslaw.com
WILLIAM P. BURANICH, SB# 144650
   E-Mail: buranich@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:    (415) 362-2580
Facsimile:    (415) 434-0882

Attorneys for Defendant
FIDELITY CAPITAL FUNDING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company, a federal savings bank, <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY CAPITAL FUNDING, INC., a California corporation, <br><br> Defendant. | CASE NO. CV08-1407 EMC <br><br> Hon. Edward M. Chen <br><br> **CERTIFICATE OF INTERESTED PARTIES OR ENTITIES OF DEFENDANT FIDELITY CAPITAL FUNDING, INC.** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed person, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

• FIDELITY CAPITAL FUNDING, INC.

DATED: May 23, 2008         LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
William P. Buranich
Attorneys for Defendant
FIDELITY CAPITAL FUNDING, INC.