UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Washington Mutual Bank, | Case No. C08-1407 EMC |
|       Plaintiff, | |
|       v. | **CLERK'S NOTICE** |
| Fidelity Capital Funding Inc., | |
|       Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference has been rescheduled from June 18, 2008 at 1:30 p.m. to **July 2, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A joint Case Management Conference Statement shall be filed by June 25, 2008.

Dated: June 3, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
      Betty Fong
      Courtroom Deputy