**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
   E-Mail: raphael@lbbslaw.com
WILLIAM P. BURANICH, SB# 144650
   E-Mail: buranich@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 362-2580
Facsimile:   (415) 434-0882

Attorneys for Defendant
**FIDELITY CAPITAL FUNDING, INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>    Plaintiff,<br><br>v.<br><br>FIDELITY CAPITAL FUNDING, INC., a California corporation<br><br>    Defendant. | CASE NO. CV 08 1407 EMC<br><br>Action Filed:   March 12, 2008<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that ROGER S. RAPHAEL, SB# 111946 of the LAW OFFICES OF LEWIS BRISBOIS BISGAARD & SMITH LLP, One Sansome Street, Suite 1400, San Francisco, California 94104, Telephone: (415) 362-2580, Facsimile:(415) 434-0882. Email: raphael@lbbslaw.com, has entered his appearance on behalf of Defendant FIDELITY CAPITAL FUNDING, INC.

DATED: June 3, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                           By _____
                                              ROGER S. RAPHAEL
                                              WILLIAM P. BURANICH
                                              Attorneys for Defendant **FIDELITY CAPITAL FUNDING, INC.**

4846-6602-3426.1

**NOTICE OF APPEARANCE**

# FEDERAL COURT PROOF OF SERVICE
*Washington Mutual Bank v. Fidelity Capital Funding, Inc.*
United States District Court - Northern District No. CV 08 1407 EMC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 3, 2008, I served the following document(s): *NOTICE OF APPEARANCE*

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Noel C. Johnson, Esq.
Office of the General Counsel
Washington Mutual Bank
201 Mission Street, 12th floor
M/S CSSF112
San Francisco, CA 94105
Telephone:   415-278-4527
Facsimile:   415-278-6012
Counsel for Plaintiff **WASHINGTON MUTUAL BANK**

The documents were served by the following means:

[X]   (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 3, 2008, at San Francisco, California.

ROSIE NEBREDA

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4824-7311-3858.1

FEDERAL COURT PROOF OF SERVICE