NOEL C. JOHNSON, ESQ. (SBN 175397)
Office of the General Counsel
WASHINGTON MUTUAL BANK
201 Mission Street, 12th Floor
Mail Stop CSSF112
San Francisco, CA 94105
Tel:    (415) 278-4527
Fax:    (415) 278-6012

Michael Cavendish*  (Florida SBN 0143774)
GUNSTER, YOAKLEY & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202
Tel:    (904) 350-7171
Fax:    (904) 350-5955
* *Admitted pro hac vice*

Attorneys for Plaintiff,
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company, a federal savings bank, | Case No. CV08-1407 |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| FIDELITY CAPITAL FUNDING, INC., a California corporation, | |
| Defendant. | Judge: Honorable Edward M. Chen Dept: |

I am employed in the County of San Francisco, State of California.  I am over the age of

18 and not a party to the within action; my business address is 201 Mission Street, 12th Floor,

Mail Stop CSSF112, San Francisco, California 94105.

On June 10, 2008, I served the document described as: ADR CERTIFICATION BY

PARTIES AND COUNSEL on the interested parties in this action as indicated below and

addressed as follows:

-1-

**SEE ATTACHED SERVICE LIST**

☐    (By Mail – Federal)  I placed such envelope with postage thereon fully prepaid in the United States mail at San Francisco, California.

☐    (By Personal Service)   I caused such envelope to be delivered by hand to the addressee(s).

☐    (By Overnight Mail)  I caused such envelope to be delivered by overnight mail to the intended recipient as stated above in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing on the above date according to the Office of the General Counsel's ordinary business practices for shipping overnight mail.

☐    (By Facsimile)  I caused the foregoing document to be served by facsimile to the interested parties listed above at their respective facsimile numbers.

☒    (By CM/ECF Electronic Mail)  I electronically filed the aforementioned document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

☒    (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 10th day of June 2008.

/s/
GAMAE M. THORNTON

::ODMA\PCDOCS\DOCSCAL\211611\1                                      **PROOF OF SERVICE**

1

## SERVICE LIST

2

3 Michael Robert Cavendish
GUNSTER, YOAKLEY & STEWART, P.A.
550 Water Street, Suite 941
4 Jacksonville, FL 32202
Tel:    (904) 354-3387
5 Fax:    (904) 354-2170
e-mail: mcavendish@gunster.com
6 *Co-Counsel for Plaintiff*
*WASHINGTON MUTUAL BANK*
7

8 William P. Buranich
Roger S. Raphael
9 LEWIS BRISBOIS BISGAARD & SMITH
One Sansome Street, Suite 1400
10 San Francisco, CA 94104
Tel:    (415) 362-2580
11 Fax:    (415) 434.0882
e-mail: buranich@lbbslaw.com
12 e-mail: raphael@lbbslaw.com
*Attorneys for Defendant*
13 *FIDELITY CAPITAL FUNDING INC.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

::ODMA\PCDOCS\DOCSCAL\211611\1                                    **PROOF OF SERVICE**