UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Washington Mutual Bank,

        Plaintiff(s),

  v.

Fidelity Capital Funding, Inc.,

        Defendant(s).
_____/

No. C V08 1407 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 6/11/08

_____
Signature

Counsel for Fidelity Capital Funding
(Plaintiff, Defendant or indicate "pro se")

**FEDERAL COURT PROOF OF SERVICE**
*Washington Mutual Bank v. Fidelity Capital Funding, Inc.*
United States District Court - Northern District No. CV 08 1407 EMC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 11, 2008, I served the following document(s): *CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE*

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Noel C. Johnson, Esq.
Office of the General Counsel
Washington Mutual Bank
201 Mission Street, 12th floor
M/S CSSF112
San Francisco, CA 94105
Telephone:   415-278-4527
Facsimile:   415-278-6012
Counsel for Plaintiff **WASHINGTON MUTUAL BANK**

The documents were served by the following means:

[X]   (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 11, 2008, at San Francisco, California.

_____
ROSIE NEBREDA

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4824-7311-3858.1

**FEDERAL COURT PROOF OF SERVICE**