UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Washington Mutual Bank,

Plaintiff(s),

v.

Fidelity Capital Funding, Inc.

Defendant(s).

No. C V-08-1407

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the ~~Ninth~~ Circuit.

Dated: June 30, 2008

_____
Signature

Counsel for   PLAINTIFF
(Plaintiff, Defendant or indicate "pro se")