

GunsterYoakley

ATTORNEYS AT LAW

Writer's Direct Dial Number: (904) 350-7171
Writer's E-Mail Address: mcavendish@gunster.com

June 16, 2008



FILED

JUN 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hon. Edward M. Chen
United States District Court
Northern District of California
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102

Re: *Request to attend conference by telephone due to schedule conflict*
      Washington Mutual Bank v. Fidelity Capital Funding, Inc.
      Case No. CV-08-1407-EMC

Dear Judge Chen:

I am co-counsel for Plaintiff Washington Mutual Bank in the above-captioned case proceeding before you. The recent re-scheduling of the case management conference to July 2, 2008 has created for me a schedule conflict, since I am obligated to an appearance in White Plains, NY during a three-day period between July 1-3. Insofar as my co-counsel, Noel Johnson, will be present at the July 2 conference, I respectfully request that I may be allowed to appear at the conference, to the extent that the appearance of both Mr. Johnson and myself is necessary, by telephone. Thank you.

Sincerely,

Michael Cavendish

MC/jk

cc:

Noel M. Johnson

Roger Raphael, Esq.
William Buranich, Esq.

Gunster, Yoakley & Stewart, P.A.
One Enterprise Center • 225 Water Street, Suite 1750 • Jacksonville, FL 32202-5185 • 904.354.1980 • Fax: 904.354.2170 • www.gunster.com

FORT LAUDERDALE • JACKSONVILLE • MIAMI • PALM BEACH • STUART • TALLAHASSEE • VERO BEACH • WEST PALM BEACH