**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** July 2, 2008

**Case No:** C08-1407 EMC                    **FTR Time:**   1:43-1:48 p.m.

**Case Name:** Washington Mutual v. Fidelity

    **Attorneys:**  Noel Johnson for Plaintiff
                     William Buranich for Defendant

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

    CMC - Held

**ORDERED AFTER HEARING:**

3-day court trial set for 4/13/09 at 8:30 a.m.  This case is referred to ADR for mediation within 90 to 120 days.     Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 11/12/08 at 2:30 p.m. for Further Status Conference.  An updated Status Conference Statement shall be filed on or before 11/5/2008.

**cc: EMC**