# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Washington Mutual Bank,<br><br>    Plaintiff(s),<br><br>v.<br><br>Fideltiy Capital Funding Inc,<br><br>    Defendant(s). | 08-01407 EMC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

>**Robert L. Maines**
>Business and Coporate Litigation and Mediation
>355 Ambar Way
>Menlo Park, CA 94025
>650-321-3355

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01407 EMC MED                              - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: July 23, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov