**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROGER S. RAPHAEL, SB# 111946
  E-Mail: raphael@lbbslaw.com
WILLIAM P. BURANICH, SB# 144650
  E-Mail: buranich@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 362-2580
Facsimile:   (415) 434-0882

Attorneys for Defendant
**FIDELITY CAPITAL FUNDING, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY CAPITAL FUNDING, INC., a California corporation<br><br>Defendant. | CASE NO. C 08 1407 EMC<br><br>~~Action Filed:~~ March 12, 2008<br><br>[~~PROPOSED~~] ORDER |

**GOOD CAUSE APPEARING, IT IS ORDERED** that the Court will permit defendant **FIDELITY CAPITAL FUNDING, INC.** and its insurance carrier to attend the September 26, 2008 Mediation by telephone.

DATED: 9-10, 2008

_____
MAGISTRATE JUDGE WAYNE D. BRAZIL

4814-6605-0050.1

[PROPOSED] ORDER