1 | MICHAEL CAVENDISH*, Florida SBN:0143774
GUNSTER, YOAKLEY & STEWART, P.A.
2 | 225 WATER STREET, SUITE 1750
JACKSONVILLE, FL 32202
3 | Telephone: (904) 350-7171
Facsimile: (904) 350-5955
4 | * appearing pro hac vice

Attorneys for Plaintiff,
WASHINGTON MUTUAL BANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company, a federal savings bank,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY CAPITAL FUNDING, INC., a California corporation,<br><br>Defendant. | CASE NO. CV08-1407<br><br>JUDGE: Edward M. Chen<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, SUBMITTED BY PLAINTIFF WASHINGTON MUTUAL BANK** ; ORDER |
|---|---|

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

PLAINTIFF, WASHINGTON MUTUAL BANK, ("Washington Mutual"), and DEFENDANT FIDELITY CAPITAL FUNDING, INC. ("Fidelity") hereby jointly stipulate to the voluntary dismissal, with prejudice, of this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

1

JOINT STIPULATION OF DISMISSAL

Gunster, Yoakley & Stewart P.A.

By: /s/
Michael Cavendish
Attorney for Plaintiff

Lewis Brisbois Bisgaard & Smith LLP

By: /s/
Roger S. Raphael
Attorneys for Defendant

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

JOINT STIPULATION OF DISMISSAL